## (February 28, 1975)

■ In the Matter of the Application of FLORENCE A. SUFFERN, as Clerk of the Justice Court of the Village of Waverly, Petitioner.— Application for an order, pursuant to section 89 of the Judiciary Law, directing the destruction of certain records granted. Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.